Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)  Case No: 3:17-cr-00540-JD
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
NIPPON CHEMI-CON CORP. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Joseph J. Bial , an active member in good standing of the bar of
District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Nippon Chemi-Con Corporation in the
above-entitled action. My local co-counsel in this case is Steven S. Kaufhold , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006 | Kaufhold Gaskin LLP, 388 Market St, Ste 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (202) 223-7318 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 445-4621 |
| MY EMAIL ADDRESS OF RECORD: jbial@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: skaufhold@kaufholdgaskin.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 493638 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/30/17

Joseph J. Bial
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph J. Bial is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 10/31/17

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*