Reset Form

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3

4

UNITED STATES OF AMERICA                    )    Case No: 3:17-cr-00540 -JD
                                            )
                                            )
                       Plaintiff(s),        )    **APPLICATION FOR**
                                            )    **ADMISSION OF ATTORNEY**
         v.                                 )    **PRO HAC VICE**
                                            )    (CIVIL LOCAL RULE 11-3)
NIPPON CHEMI-CON CORP.                      )
                                            )
                                            )
                       Defendant(s).        )
                                            )

5

6

7

8

9    I, John F. Baughman                      , an active member in good standing of the bar of
     New York                      , hereby respectfully apply for admission to practice *pro hac vice* in the

10   Northern District of California representing: Nippon Chemi-Con Corporation            in the
     above-entitled action. My local co-counsel in this case is Steven S. Kaufhold                , an

11   attorney who is a member of the bar of this Court in good standing and who maintains an office
     within the State of California.

12

13   | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
     |---|---|
     | Paul, Weiss, Rifkind, Wharton & Garrison LLP, | Kaufhold Gaskin LLP, 388 Market St, Ste 1300, |
     | 1285 Ave. of the Americas, NY, NY 10019 | San Francisco, CA 94111 |
     | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
     | (212) 373-3000 | (415) 445-4621 |
     | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
     | jbaughman@paulweiss.com | skaufhold@kaufholdgaskin.com |

14

15

16

17   I am an active member in good standing of a United States Court or of the highest court of
     another State or the District of Columbia, as indicated above; my bar number is: 2622496      .

18   A true and correct copy of a certificate of good standing or equivalent official document from said
     bar is attached to this application.

19   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
     Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

20

21   *I declare under penalty of perjury that the foregoing is true and correct.*

     Dated: 10/27/17                              John F. Baughman          ■
22                                                         APPLICANT

23

24   # ORDER GRANTING APPLICATION
     # FOR ADMISSION OF ATTORNEY PRO HAC VICE

25   IT IS HEREBY ORDERED THAT the application of John F. Baughman        is granted,
     subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
     designated in the application will constitute notice to the party.
27

28   Dated: 10/31/17

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*