UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America, )
  ) Case No. CR 4:17-CR-6540-JD-1
  Plaintiff, )
  v. ) STIPULATED ORDER EXCLUDING TIME
  ) UNDER THE SPEEDY TRIAL ACT
  )
Nippon Chemi-Con Corp., ) FILED
  )
  Defendant. ) NOV 08 2017
  )
  SUSAN Y. SOONG
  CLERK, U.S. DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on __Nov. 8__, 2017, the Court excludes time under the Speedy Trial Act from __Nov. 8__, 2017 to __Dec. 13__, 2017 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i).

✓ The case is so unusual or so complex, due to [check applicable reasons] ____ the number of defendants, ✓ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 11/8/17

JOSEPH C. SPERO
Chief Magistrate Judge

STIPULATED: _____    _____
Attorney for Defendant                  Assistant United States Attorney