# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  October 3, 2018                                    Judge:  Hon. James Donato

Court Reporter:  Vicki Eastvold
Time:  36 Minutes
Case No.      **CR-17-00540-JD**
Case Name     **USA v. Nippon Chemi-Con Corporation (I)**

Attorneys for Government:        Marvin Price/Mikal J. Condon

Attorneys for Defendant:         Roberto Finzi/Theodore V. Wells, Jr./Joseph J. Bial/Farrah R.
                                 Berse/Charles F. Rule/Steven Kaufhold/Eric Sega/Quynh Vu

Attorneys for Victims:           Jiamie Chen (Direct Purchasers)/Adam Zapala (Indirect
                                 Purchasers)/Eric R. Lifvendahl (Flextronics)/Ilana Drescher
                                 (AASI)

Interpreter:  Eri Minoura
Probation Officer:  Aakash Raju

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Sentencing - Held

### NOTES AND ORDERS

The Court finds the $530M volume of affected commerce figure proposed by the probation
office and the government to be supported by the record and consistent with the sentencing
proceedings for co-conspirators.  Defendant Nippon Chemi-Con Corporation is sentenced to a
$60M fine and a $400 special assessment, both to be paid in full by the 15th day after entry of
judgment; 5 years of probation; and no restitution.

The Court grants for good cause NCC's motion to seal portions of its sentencing memorandum
and supporting exhibits.  Dkt. No. 67.